FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LOUIS B. PHIPPS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-079 |
| | ) | |
| TIMOTHY WARD, Warden; | ) | |
| JOHNSON STATE PRISON; | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, Petitioner's motion to voluntarily dismiss his petition (Doc. 14) is **DENIED** as **MOOT**, Respondents' motion to dismiss (Doc. 8) is **GRANTED**, this case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this __13__ day of March, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA